1  Andrea M. Champion, Esq.
   Nevada State Bar No. 13461
2  Tracy M. O'Steen, Esq.
   Nevada State Bar No. 10949
3  **CHAMPION LOVELOCK LAW**
   6600 Amelia Earhart Ct., Suite A
4  Las Vegas, Nevada 89119
   Tel: (702) 805-8450
5  Fax: (702) 805-8451
   achampion@championlawvegas.com
6  tosteen@championlawvegas.com

7  *Attorneys for Defendants Thor Motor Coach, Inc.*
   *And General RV Center, Inc.*
8

9

10                    **UNITED STATES DISTRICT COURT**

11                         **DISTRICT OF NEVADA**

12  STEPHEN LEWIS, an individual,              Case No. 2:24−cv−02371−JCM−DJA

13              Plaintiff,

14  v.                                         **STIPULATION FOR AN OPEN
                                               EXTENSION OF TIME TO RESPOND TO
15  THOR MOTOR COACH, INC., a Delaware        THE FIRST AMENDED COMPLAINT**
    Corporation licensed and doing business in
16  Nevada; RV RETAILER IDAHO, LLC DBA
    BLUE COMPASS RV, a Delaware Limited-
17  Liability Company doing business in Nevada;
    TRENT BROIDE, a Nevada Resident; HAL'S
18  RV, LTD, a Nevada Limited-Liability Company;
    GENERAL RV CENTER, INC., a Michigan
19  Corporation; DOES I-X; ROE BUSINESS
    ENTITIES XI-XX,
20  _
              Defendants.
21

22        Defendants Thor Motor Coach, Inc. ("TMC"), and General R.V. Center, Inc. ("General RV"

23  and together with TMC, the "TMC Defendants"), Defendant RV Retailer Idaho, LLC d/b/a Blue

24  Compass RV ("RV Retailer") and Plaintiff Stephen Lewis ("Lewis" or "Plaintiff" and collectively

25  with the TMC Defendants and RV Retailer, the "Parties"), by and through their undersigned counsel

26  of record, hereby stipulate and agree as follows ("Stipulation"):

27        1.      Plaintiff filed his First Amended Complaint (the "FAC") on December 5, 2024, in the

28  Eighth Judicial District Court for Clark County, Nevada.

2.      The TMC Defendants filed their Notice of Removal (Dkt. 1) on December 18, 2024, removing the action and the FAC to this Court.

3.      Given the infancy of this matter, and the Parties' interest in seeing if a settlement can be reached in this case before the Parties incur substantial fees and costs, Plaintiff has granted the TMC Defendants and RV Retailer an open extension of time to respond to the FAC, revocable upon ten (10) days written notice to the TMC Defendants' counsel and RV Retailer's counsel.

4.      Accordingly, the Parties stipulate and agree to a deviation of the answer deadlines set forth in FRCP 12(a)(1)(A) and FRCP 81(c)(2).

This Stipulation is not intended to cause any delay or prejudice any party.

**IT IS SO STIPULATED.**

DATED this 8th day of January 2025.

**KUNG & BROWN**                                    **CHAMPION LOVELOCK LAW**

By:  _/s/ A.J. Kung, Esq._                    By:  _/s/ Tracy M. O'Steen, Esq._
A.J. Kung, Esq. (NV Bar 7052)         Andrea M. Champion, Esq. (NV Bar 13461)
1020 Garces Ave.                               Tracy M. O'Steen, Esq. (NV Bar 10949)
Las Vegas, NV 89101                         6600 Amelia Earhart Ct., Suite A
Tel: (702) 382-0883                           Las Vegas, Nevada 89119
Fax: (702) 382-2720                          Tel: (702) 805-8450
ajkung@ajkunglaw.com                   Fax: (702) 805-8451
                                                          scavaco@joneslovelock.com
_Counsel for Plaintiff Stephen Lewis_     tosteen@joneslovelock.com

                                                          _Counsel for Defendants Thor Motor Coach,_
                                                          _Inc. And General RV Center, Inc._

**ROBERTSON, JOHNSON, MILLER & WILLIAMSON**

By:    _/s/ Richard D. Williamson, Esq._
Richard D. Williamson, Esq. (NV Bar 9932)
August B. Hotchkin, Esq. (NV Bar 12780)
50 West Liberty Street, Suite 600
Reno, Nevada 89501
Tel: (775) 329-5600
Fax: (775) 348-8300
Rich@nvlawyers.com
August@nvlawyers.com

_Counsel for Defendants RV Retailer_
_Idaho, LLC d/b/a Blue Compass RV_

CHAMPION LOVELOCK LAW
6600 Amelia Earhart Ct., Suite A
Las Vegas, NV 89119

Case No. 2:24−cv−02371−JCM−DJA

## ORDER

**IT IS THEREFORE ORDERED** that the parties' stipulation (ECF No. 6) is **granted in part and denied in part.** It is granted in part regarding the parties' request that the TMC Defendants and RV Retailer have an extension of time to respond to the complaint. It is denied in part regarding the parties' request that this extension be open-ended.

**IT IS FURTHER ORDERED** that the TMC Defendants and RV Retailer shall have until **March 11, 2025,** to respond to the complaint. If necessary, the parties may stipulate or move to extend this deadline.

_____

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: January 10, 2025

CHAMPION LOVELOCK LAW
6600 Amelia Earhart Ct., Suite A
Las Vegas, NV 89119

3