A.J. Kung, Esq.
Nevada Bar No. 7052
**KUNG & BROWN**
1020 Garces Ave.
Las Vegas, NV 89101
(702) 382-0883 Telephone
(702) 382-2720 Facsimile
ajkung@ajkunglaw.com
    *Counsel for Plaintiff*
    *Stephen Lewis*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| STEPHEN LEWIS, an Individual, | CASE NO.: 2:24-cv-02371-JCM-DJA |
| Plaintiff, | |
| v. | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| THOR MOTOR COACH, INC., a Delaware Corporation licensed and doing business in Nevada; RV RETAILER IDAHO, LLC DBA BLUE COMPASS RV, a Delaware Limited-Liability Company doing business in Nevada; TRENT BROIDE, a Nevada Resident; HAL'S RV, LTD, a Nevada Limited-Liability Company; GENERAL RV CENTER, INC., a Michigan Corporation; DOES I-X; ROE BUSINESS ENTITIES XI-XX, | |
| Defendants. | |

*///*

*///*

*///*

Page 1 of 3

Pursuant to the settlement agreement reached by the parties, the undersigned parties hereby stipulate and agree to dismissal of Plaintiff's Complaint, with prejudice; with each party to bear their own fees and costs.

DATED this 3rd day of March 2025.　　　　　DATED this 3rd day of March 2025.

**KUNG & BROWN**　　　　　　　　　　　　**CHAMPION LOVELOCK LAW**

/s/ A.J. Kung　　　　　　　　　　　　　　　/s/ Tracy M. O'Steen
A.J. Kung, Esq.　　　　　　　　　　　　　Tracy M. O'Steen, Esq.
1020 Garces Avenue　　　　　　　　　　　6600 Amelia Earhart Ct., Suite A
Las Vegas, Nevada 89101　　　　　　　　　Las Vegas, Nevada 89119
　*Counsel for Plaintiff Stephen Lewis*　　　　*Counsel for Defendants Thor Motor*
　　　　　　　　　　　　　　　　　　　　　*Coach, Inc. and General RV Center, Inc.*

DATED this 3rd day of March 2025.　　　　　DATED this ___ day of March 2025.

**ROBERTSON, JOHNSON, MILLER & WILLIAMSON**　　　　　**HAL'S RV, LTD.**

/s/ Richard D. Williamson　　　　　　　　　James Halford, Managing Member
Richard D. Williamson, Esq.　　　　　　　　1003 Companion Way
50 West Liberty Street, Suite 600　　　　　　Henderson, Nevada 89011
Reno, Nevada 89501　　　　　　　　　　　　　*Pro-Se Defendant*
　*Counsel for Defendant RV Retailer Idaho,*
　*LLC dba Blue Compass*

DATED this ___ day of March 2025.

_____
Trent Broide
11516 NV 16th Avenue
Vancouver, Washington 98685
　*Pro-Se Defendant*

Page 2 of 3

Pursuant to the settlement agreement reached by the parties, the undersigned parties hereby stipulate and agree to dismissal of Plaintiff's Complaint, with prejudice; with each party to bear their own fees and costs.

DATED this ___ day of March 2025.                    DATED this ___ day of March 2025.

**KUNG & BROWN**                                     **CHAMPION LOVELOCK LAW**

A.J. Kung, Esq.                                      Andrea M. Champion, Esq.
1020 Garces Avenue                                   6600 Amelia Earhart Ct., Suite A
Las Vegas, Nevada 89101                              Las Vegas, Nevada 89119
   *Counsel for Plaintiff Stephen Lewis*       *Counsel for Defendants Thor Motor*
                                                                          *Coach, Inc. and General RV Center, Inc.*

DATED this ___ day of March 2025.                    DATED this 3rd day of March 2025.

**ROBERTSON, JOHNSON, MILLER**                       **HAL'S RV, LTD.**
**& WILLIAMSON**

       *James Halford*
Richard D. Williamson, Esq.                          James Halford, Managing Member
50 West Liberty Street, Suite 600                    1003 Companion Way
Reno, Nevada 89501                                   Henderson, Nevada 89011
   *Counsel for Defendant RV Retailer Idaho,*      *Pro-Se Defendant*
   *LLC dba Blue Compass*

DATED this ___ day of March 2025.

Trent Broide
11516 NV 16th Avenue
Vancouver, Washington 98685
   *Pro-Se Defendant*

KUNG & BROWN
1020 Garces Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-0883 / Fax: (702) 382-2720

Pursuant to the settlement agreement reached by the parties, the undersigned parties hereby stipulate and agree to dismissal of Plaintiff's Complaint, with prejudice; with each party to bear their own fees and costs.

DATED this ___ day of March 2025.

**KUNG & BROWN**

_____
A.J. Kung, Esq.
1020 Garces Avenue
Las Vegas, Nevada 89101
  *Counsel for Plaintiff Stephen Lewis*

DATED this ___ day of March 2025.

**ROBERTSON, JOHNSON, MILLER & WILLIAMSON**

_____
Richard D. Williamson, Esq.
50 West Liberty Street, Suite 600
Reno, Nevada 89501
  *Counsel for Defendant RV Retailer Idaho, LLC dba Blue Compass*

DATED this 1 day of March 2025.

_____
Trent Broide
11516 NV 16th Avenue
Vancouver, Washington 98685
  *Pro-Se Defendant*

DATED this ___ day of March 2025.

**CHAMPION LOVELOCK LAW**

_____
Andrea M. Champion, Esq.
6600 Amelia Earhart Ct., Suite A
Las Vegas, Nevada 89119
  *Counsel for Defendants Thor Motor Coach, Inc. and General RV Center, Inc.*

DATED this ___ day of March 2025.

**HAL'S RV, LTD.**

_____
James Halford, Managing Member
1003 Companion Way
Henderson, Nevada 89011
  *Pro-Se Defendant*

**ORDER**

**IT IS SO ORDERED** that the Stipulation for Dismissal with Prejudice is GRANTED.

DATED: March 19, 2025.

_____
UNITED STATES DISTRICT JUDGE

# Kat Thomas

| | |
|---|---|
| **From:** | Tracy O'Steen <tosteen@championlawvegas.com> |
| **Sent:** | Monday, March 3, 2025 12:14 PM |
| **To:** | Kat Thomas; Philip C. Brashier; John Sear; AJ Kung; Matthew Cline |
| **Cc:** | Andrea Champion; Julie Linton; Lorie Januskevicius |
| **Subject:** | RE: Lewis v. Thor Motor Coach, et al. |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Good afternoon,

You have permission to e-sign the Stipulation to Dismiss with Prejudice on behalf of counsel for Thor and General RV. Please let me know if you need anything further.

Best,

**TRACY M. O'STEEN, ESQ. | CHAMPION LOVELOCK LAW**

6600 Amelia Earhart Ct., Ste. A, Las Vegas, NV 89119
P (702) 805-8450 | F (702) 805-8451
tosteen@championlawvegas.com | www.championlawvegas.com

**Please note the change of our firm name, website, and email addresses.**

CONFIDENTIALITY NOTICE: This e-mail message is a confidential communication from Champion Lovelock Law and is intended only for the named recipient(s) above and may contain information that is a trade secret, proprietary, privileged or attorney work product. If you have received this message in error, or are not the named or intended recipient(s), please immediately notify the sender and delete this e-mail message and any attachments from your workstation or network mail system.

---

**From:** Kat Thomas <paralegal5@ajkunglaw.com>
**Sent:** Monday, March 3, 2025 12:05 PM
**To:** Tracy O'Steen <tosteen@championlawvegas.com>; Philip C. Brashier <pbrashier@jdkglaw.com>; John Sear <john.sear@nelsonmullins.com>; AJ Kung <ajkung@ajkunglaw.com>; Matthew Cline <matthew.cline@nelsonmullins.com>
**Cc:** Andrea Champion <achampion@championlawvegas.com>; Julie Linton <jlinton@championlawvegas.com>; Lorie Januskevicius <ljanuskevicius@championlawvegas.com>
**Subject:** RE: Lewis v. Thor Motor Coach, et al.
**Importance:** High

Good afternoon All:

     I hope this email finds you well. Please find attached hereto, the Stipulation for Dismissal with Prejudice for your review/approval. Please note that pursuant to the Court's Minute Order dated February 3, 2025, the Stipulation needs to be filed today. Please execute and return as soon as possible. Thank you!

     As always, should you have any questions, comments or concerns, please do not hesitate to contact our office.

1

## Kat Thomas

| | |
|---|---|
| **From:** | Rich Williamson <rich@nvlawyers.com> |
| **Sent:** | Monday, March 3, 2025 1:10 PM |
| **To:** | Philip C. Brashier; Kat Thomas |
| **Cc:** | Andrea Champion; Julie Linton; Lorie Januskevicius; Tracy O'Steen; John Sear; Matthew Cline; AJ Kung; George A. Kurisky, Jr.; Amanda I. Zayid; Lauren M. Chandler |
| **Subject:** | RE: Lewis v. Thor Motor Coach, et al. |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Kat,

As noted, you have my permission to affix my electronic signature.

Thanks,

Rich


_____
Richard D. Williamson, Esq.
Robertson, Johnson, Miller & Williamson
50 West Liberty Street, Suite 600
Reno, Nevada 89501
Telephone:  (775) 329-5600
Facsimile:  (775) 348-8300
Email:  Rich@NVLawyers.com
Please visit our Website at: www.nvlawyers.com

IMPORTANT NOTICE:
PERSONAL AND CONFIDENTIAL.  This message, and any file(s) or attachment(s) transmitted with it, is intended only for the named recipient, may be confidential, and may contain information that is a trade secret, proprietary, protected by the attorney work-product doctrine, subject to the attorney-client privilege, or is otherwise protected against unauthorized use or disclosure.  All information contained in or attached to this message is transmitted based on a reasonable expectation of privacy consistent with ABA Formal Opinion No. 99-413.  Any disclosure, distribution, copying, or use of this information by anyone other than the intended recipient, regardless of address or routing, is strictly prohibited.  If you receive this message in error, please advise the sender by immediate reply and completely delete the original message (which includes your deleted items folder).  Personal messages express only the view of the sender and are not attributable to Robertson, Johnson, Miller & Williamson.  We advise you that any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for purposes of (i) avoiding penalties imposed under the United States Internal Revenue Code or (ii) promoting, marketing or recommending to another person any tax-related matter addressed herein.  TRANSMISSION OF THIS INFORMATION IS NOT INTENDED TO CREATE, AND RECEIPT DOES NOT CONSTITUTE, AN ATTORNEY-CLIENT RELATIONSHIP.

**From:** Philip C. Brashier <pbrashier@jdkglaw.com>
**Sent:** Monday, March 3, 2025 12:16 PM
**To:** Rich Williamson <rich@nvlawyers.com>; Kat Thomas <paralegal5@ajkunglaw.com>

1